UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK D. HENSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>FEDERAL BUREAU OF NARCOTICS, et al.,<br><br>        Defendants. | 1:16-cv-00670-GSA-PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF No. 8.) |

On December 9, 2016, the Court issued an order to show cause, requiring Plaintiff to respond in writing within thirty days, showing cause why this case should not be dismissed for his failure to comply with the Court's order issued on September 29, 2016. (ECF No. 8.) The September 29, 2016 order required Plaintiff to submit an application to proceed in forma pauperis or pay the $400.00 filing fee for this case, within 30 days. (ECF No. 6.)

On December 19, 2016, Plaintiff filed an application to proceed in forma pauperis, and on December 21, 2016, Plaintiff filed a certified copy of his prison trust account statement. (ECF Nos. 9, 11.) In light of Plaintiff's filings of December 19 and 21, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued by the Court on December 9, 2016, is DISCHARGED.

IT IS SO ORDERED.

   Dated: **December 29, 2016**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE